United States District Court
Southern District of Texas
**ENTERED**
November 07, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br> as Broadcast Licensee of the September 15, 2012 <br> Julio Cesar Chavez, Jr. v. Sergio Martinez Fight Program, <br><br> Plaintiff, <br><br> v. <br><br> 1) TEPATITLAN MEXICAN KITCHEN INC, <br> individually, and d/b/a TEPATITLAN a/k/a TAQUERIA <br> TEPATITLAN; and <br> 2) EFREN GONZALEZ, JR., individually, and d/b/a <br> TEPATITLAN a/k/a TAQUERIA TEPATITLAN, <br><br> Defendants. | § § § § § § § § § § § § § § § § | Civil Action No. 4:15-cv-02666 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff J&J Sports Productions, Inc. ("Plaintiff") and Defendants 1) Tepatitlan Mexican Kitchen Inc., individually, and d/b/a Tepatitlan a/k/a Taqueria Tepatitlan; and 2) Efren Gonzalez, Jr., individually, and d/b/a Tepatitlan a/k/a Taqueria Tepatitlan (collectively "Defendants") announced to the Court that this case is settled.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against Defendants as well as any claims that Defendants could have brought against Plaintiff, are dismissed with prejudice.

IT IS FURTHER ORDERED that all costs of court and attorney's fees shall be borne by the party incurring same.

As the Court intends for this *Agreed Order of Dismissal With Prejudice* to be a final judgment, any relief not expressly granted herein is hereby DENIED.

Signed on November 7, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
UNITED STATES DISTRICT JUDGE

AGREED TO:

By: _____
David M. Diaz
Attorney-in-Charge
State Bar No. 24012528
Southern District Bar No. 889588
ddiaz@kbdtexas.com
Andrew R. Korn
Of Counsel
State Bar No. 11683150
Southern District Bar No. 13801
akorn@kbdtexas.com
KORN DIAZ FIRM
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 - Telephone
(214) 521-8821 – Telecopy

ATTORNEY FOR PLAINTIFF

By: _____
Jose R. Lopez II
Attorney-in-Charge
State Bar No. 12566446
Southern District Bar No. 9958
lawlopez@earthlink.net
Frank Sedita
State Bar No. 24094194
Southern District Bar No. 2800318
claimslawoffice@earthlink.net
LAW OFFICES OF JOSE R. LOPEZ, P.C.
4601 Washington Avenue, Suite 200
Houston, Texas 77007
(713) 624-1070– Telephone
(713) 961-0638 -- Facsimile

ATTORNEY FOR DEFENDANTS